IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MUMTAZ ABDUL MULLAHKHEL,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF UTAH, UTAH STATE DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:16-CV-00921-EJF<br><br>Magistrate Judge Evelyn J. Furse |

Based on the parties' Motion and Stipulation to Dismiss with Prejudice, the Court hereby **DISMISSES** the Complaint against Defendants State of Utah and Utah State Department of Transportation with prejudice. The parties are to bear their own fees and costs.

DATED this 20th day of July, 2018.

BY THE COURT:

_____
Evelyn J. Furse
United States Magistrate Judge